# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO DUBON RAMIREZ, ET AL. | * |
| Plaintiffs, | * |
| v. | *  Case No.: 1:20-cv-1758 |
| DARIEN DC, LLC, ET AL. | * |
| Defendants. | * |

## ORDER

Upon consideration of the Consent Motion Requesting an Early Referral to a United States Magistrate Judge for Settlement Conference, and for good cause found, it is on this 21st day of August, 2020, ORDERED that the Motion be, and the same hereby is, GRANTED; and it is further ORDERED the Clerk of this Court shall randomly assign this case to a United States Magistrate Judge to conduct a Settlement Conference within sixty (60) days of this Order; and it is further ORDERED that all deadlines in this matter shall be stayed pending the conclusion of the Settlement Conference; and it is further ORDERED that within ten (10) days of the conclusion of the Settlement Conference, the Parties shall submit a Joint Status Report.

August 21, 2020  
DATE

/s/  
**COLLEEN KOLLAR-KOTELLY**  
United States District Judge