# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO DUBON RAMIREZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DARIEN DC, LLC, et al.<br><br>    Defendants. | Case No. 1:20-cv-01758-CKK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants with prejudice, each party to bear its own costs and attorneys' fees.

December 21, 2020

Respectfully submitted,

**ZIPIN, AMSTER & GREENBERG, LLC**

By: /s/Gregg C. Greenberg
GREGG C. GREENBERG, #17291
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
Phone: (301) 587-9373
ggreenberg@zagfirm.com

*Counsel for Defendants*

**DCWageLaw**

By: /s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*