# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GERARDO DUBON RAMIREZ, et al., <br>     Plaintiffs, <br>     v. <br> DARIEN DC, LLC, et al., <br>     Defendants. | Civil Action No. 20-1758 (CKK) |

## ORDER
(December 21, 2020)

In light of the parties' [12] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 21st day of December, 2020, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

The Clerk of Court shall mail a copy of this Order to Plaintiffs at their addresses of record.

**SO ORDERED.**

Dated: December 21, 2020

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge